AO 442 (Rev. 01/09) Arrest Warrant

FILED
JAMES BONINI
CLERK

2012 JUL 19 PM 3:52

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

WILLIAM RAY KISOR II
25630 CANAL ROAD
CIRCLEVILLE, OH 43113

*Defendant*

Case No. 2:08-cr-95
12 CR 141

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WILLIAM RAY KISOR II ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
VIOLATION OF CONDITIONS OF RELEASE

Date: 07/16/2012

s/Lisa Wright
*Issuing officer's signature*

City and state: Columbus, OH

Lisa Wright, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-17-2012, and the person was arrested on *(date)* 7-18-2012
at *(city and state)* Chillicothe, OH

Date: 7-18-2012

*Arresting officer's signature*

DUSM Nicole Ralston
*Printed name and title*